MAY 28, 1996

No. 94–1838. OXY USA INC. *v.* CONTINENTAL TREND RESOURCES, INC., ET AL. C. A. 10th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in

light of *BMW of North America, Inc.* v. *Gore, ante,* p. 559.